**Harvey E. McMANUS v. The UNITED STATES.**

No. 5579.

Circuit Court of Appeals, Seventh Circuit.

Oct. 31, 1935.

Frank C. Smith, of East St. Louis, Ill., for appellant.

Arthur Roe, U. S. Atty., of Danville, Ill., and Walter E. Ackermann, Asst. U. S. Atty., of Belleville, Ill., for the United States.

PER CURIAM.

Now this day come the parties by their counsel, and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments by Frank C. Smith, counsel for appellant, and by Young M. Smith, counsel for appellee.

On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the District Court of the United States for the Eastern District of Illinois in this cause be, and the same is hereby, affirmed.